In the United States District Court
For the Northern District Of Mississippi

_____
____

United States of America

VERSUS                                                        NO. 2:06CR079-P-B

Ravel D. Williams
DEFENDANT
_____

## **ORDER**

Counsel for Defendant Ravel D. Williams having advised the Court that Defendant has been moved to a federally approved detention center where he will be more assessable to counsel for trial preparation, I find Defendant's motion [doc. 27] to be so moved is moot.

**SO ORDERED** this 12th day of July, 2006.

                                                **/s/ Eugene M. Bogen**
                                                **U.S. MAGISTRATE JUDGE**