IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

UNITED STATES OF AMERICA

VERSUS                                              CRIMINAL ACTION NO. 2:06CR79-P-B

RAVEL D. WILLIAMS

**ORDER**

This cause is before the Court on the defendant Williams' Motion for Continuance [36]. The Court, having reviewed the motion and being otherwise fully advised in the premises, finds as follows, to-wit:

The trial of this matter is currently set for August 28, 2006. Defendant recently retained new counsel. Counsel avers in the motion that due to his recent entry in the case, he is in need of a continuance in order to adequately review supplemental discovery materials and to pursue the possibility of a plea agreement with the government. The government does not oppose the requested continuance.

These circumstances enable the Court to exclude, pursuant to 18 U.S.C. § 3161(h)(8)(A), the period of delay from August 28, 2006 until the new trial date to be set in this matter.

IT IS, THEREFORE, ORDERED AND ADJUDGED that

1. The defendant's Motion for Continuance [36] is GRANTED;

2. That the trial of this matter is continued until Monday, October 16, 2006 at 9:00 a.m. in the United States District Courthouse in Greenville, Mississippi; multiple voir dire is to be held at the same time and place;

3. That the delay from August 28, 2006 until October 16, 2006 is excluded as set out above;

4. That the deadline for filing pretrial motions is September 25, 2006;

5. That the deadline for submitting a plea agreement is October 2, 2006.

SO ORDERED, this the 18th day of August, 2006.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE