**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION**

**UNITED STATES OF AMERICA**

**VERSUS**                                              **CRIMINAL ACTION NO. 2:06CR79-P-B**

**RAVEL D. WILLIAMS**

## ORDER

This cause is before the Court on the defendant Williams' Motion for Continuance [42]. The Court, having reviewed the motion and being otherwise fully advised in the premises, finds as follows, to-wit:

The trial of this matter is currently set for October 16, 2006. Counsel for defendant seeks a continuance in order to review supplemental discovery, complete additional investigation and to consult more fully with his client. The government does not object to the requested continuance. Based on the foregoing, the Court finds that the defendant's motion is well-taken and should be granted.

The above circumstances enable the Court to exclude, pursuant to 18 U.S.C. § 3161(h)(8)(A), the period of delay from October 16, 2006 until the new trial date to be set in this matter. The time is excludable under subsection (h)(8)(A) because, given the circumstances described above, a continuance is necessary to afford defendant additional time to investigate and prepare his defense to the charges at issue. Therefore, the ends of justice served by the granting of this continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS, THEREFORE, ORDERED AND ADJUDGED that

1. The defendant's Motion for Continuance [42] is GRANTED;

2. That the trial of this matter is continued until Monday, December 4, 2006 at 9:00 a.m. in the United States District Courthouse in Greenville, Mississippi;

3. That the delay from October 16, 2006 until December 4, 2006 is excluded as set out above;

4. That the deadline for filing pretrial motions is November 13, 2006;

5. That the deadline for submitting a plea agreement is November 20, 2006.

SO ORDERED, this the 10th day of October, 2006.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE